# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

IN RE: CENTURYLINK RESIDENTIAL
CUSTOMER BILLING DISPUTES
LITIGATION

MDL No. 17-2795 (MJD/KMM)


This Document Relates to
ALL ACTIONS

**AMENDED PRETRIAL ORDER
NO. 2**

---

Whereas on December 7, 2017, Plaintiffs filed Plaintiffs' Scheduling and

Discovery Plan Brief and Plaintiffs' Proposed Initial Case Management Order,

and Defendants filed Defendants' Brief Pursuant to Pretrial Order No. 1 and

Defendant's Proposed Draft Initial Case Management Order Pursuant to Pretrial

Order No. 1 [Docket Nos. 16-18];

Whereas on December 14, 2017, the Court held a status conference in this

matter;

Whereas on November 29, 2017, and December 20, 2017, the parties

submitted recommendations for the leadership structure for this litigation;

The Court issues the following Order:

**IT IS HEREBY ORDERED**:

## A.   Initial Case Management Order

The Court hereby adopts the following deadlines for all cases pending in

or transferred to this MDL:

| Activity | Date |
| --- | --- |
| Plaintiffs shall file a Consolidated Complaint. | February 15, 2018 |
| The Parties shall hold a Rule 26(f) conference and meet and confer on deadlines for Defendants' response to the Consolidated Complaint. | March 22, 2018 |
| The Parties shall file a proposed case management order pursuant to Rule 26(f). | March 29, 2018 |

## B.   Status Conference

The Court will hold a status conference in this matter on April 5, 2018, at

10:30 a.m. in Courtroom 13E of the United States Courthouse, 300 South Fourth

Street, Minneapolis, Minnesota.

## C.   Plaintiffs' Leadership Structure

Having considered the comments and proposals of all attorneys seeking to

be appointed to leadership positions in the litigation, the Court has determined

the leadership structure for representation of Plaintiffs and appoints:

a) Zimmerman Reed LLP as Plaintiffs' Interim Lead Counsel and Liaison

to the Court;

b) Geragos & Geragos, APC, and O'Mara Law Group as Plaintiffs' Interim

Co-Lead Counsel ("Co-Lead Counsel"), along with Zimmerman Reed; and

c) Gustafson Gluek PLLC (Executive Committee Chair), Henninger

Garrison Davis LLC, Hellmuth & Johnson, PLLC, and Roxanne Conlin &

Associates, LLC, as members of Plaintiffs' Interim Executive Committee

("Executive Committee").

The lead attorneys from Zimmerman Reed are Carolyn Anderson, Brian

Gudmundson, and Hart Robinovitch.  The lead attorneys from Geragos &

Geragos are Mark J. Geragos, Lori G. Feldman, and Benjamin J. Meiselas.  Mark

M. O'Mara of O'Mara Law Group is the lead attorney for the O'Mara Law

Group.  Daniel C. Hedlund and Michelle J. Looby are the lead attorneys for

Gustafson Gluek PLLC.  The lead attorneys from Henninger Garrison Davis LLC,

are François M. Blaudeau and James F. McDonough, III.  The lead attorneys from

Helmuth & Johnson, PLLC, are Richard Hagstrom and Anne Regan.  Roxanne

Conlin is the lead attorney for Roxanne Conlin & Associates, LLC.

## D.    Defendants' Management Counsel

Defendants have designated Cooley LLP as its primary outside counsel.

The lead attorneys from Cooley LLP are Douglas P. Lobel, David A. Vogel, and

Jeffrey M. Gutkin.  Defendants have further designated Winthrop & Weinstine,

P.A. as their law firm.  The lead attorneys from Winthrop & Weinstine, P.A., are

William A. McNab, David M. Aafedt, and Joseph M. Windler.

Dated:   March 7, 2018                    s/Michael J. Davis
                                          Michael J. Davis
                                          United States District Court